IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ONEWEST BANK, FSB,**

    Plaintiff,

v.

**ERIN L. CHANCY, et al.,**

    Defendants.                    Case No. 10-cv-943-DRH

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind Onewest Bank, FSB of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate disclosure statement. Thus, the Court **ORDERS** Plaintiff Onewest Bank, FSB to file its disclosure statement within ten (10) days from the date of issuance of this Order.

    **IT IS SO ORDERED.**

    Signed this 17th day of March, 2011.

Digitally signed by David R. Herndon
Date: 2011.03.17 13:32:36 -05'00'

**Chief Judge**
**United States District Court**