## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ONEWEST BANK, FSB,

      Plaintiff,

v.

ERIN L. CHANCY, et al.,

      Defendants.                                Case No. 10-cv-943-DRH

## ORDER

HERNDON, Chief Judge:

      Pending before the Court is plaintiff's motion to dismiss voluntarily pursuant to Federal Rule of Civil Procedure 41 (Doc. 18). Specifically, plaintiff moves to dismiss the case as it and the defendant mortgagor(s) entered into a repayment agreement with respect to the outstanding indebtedness that is the subject of this action. Further, the government does not object to the motion. Thus, the Court **GRANTS** the motion and **DISMISSES without prejudice** this cause of action. The Court will close the file.

      **IT IS SO ORDERED.**

      Signed this 21st day of April, 2011.

Digitally signed by David
R. Herndon
Date: 2011.04.21
13:23:03 -05'00'

**Chief Judge**
**United States District Court**